[ See Alford v. Endicott at the October session of 1676 (p. 726–35), where some of the documents concerning the logwood in question are printed, and Hawford v. Scotto and Endicott, at the July session, 1677, p. 816, below.]

### THAYER agt. BOUDIDGE

Richard Thayer plaint. ag$^t$ John Boudidge According to Attachm$^t$ The Action being called & the Attachm$^t$ & one Evidence being read (the plaint. not having more in areadiness) was committed to the Jury and are on file: The Jury . . . found for the Def$^{dt}$ costs of Court allow$^d$ twelve Shillings Six pence.

Execution issued 17º Janur º 1678.

### HILL agt. EMMONS

Thomas Hill plaint. ag$^t$ Obadiah Emmons Defend$^t$ in an action of debt of Fourteen pounds ten Shillings due to the s$^d$ Hill in specie according to bill bearing date. 18th of April 1678. under the hand of the s$^d$ Emmons with other damages. . . . The Jury . . . found for the plaint. Fourten pounds ten Shillings according to bill and costs of Court allow$^d$ twenty four Shillings Eight pence.

Execution issued 14º Nov$^r$ 1678.

### PORTER ag$^t$ APPLETON

Abel Porter junio$^r$ plaint. ag$^t$ John Appleton Defend$^t$ The plaint. withdrew his Action.

### RAWSON agt. PLAYSTE'D

William Rawson plaint. ag$^t$ William Playsteed Def$^{dt}$ in an action of the case for the Forfiture of a bond of twenty four pound not performing the condition thereof which was to pay twelve pounds in money &c. . . . The Jury . . . found for the plaint. Forfiture of the bond twenty four pounds money and costs of Court: W$^m$ Rawson afterwards came into Court and acknowledged the [535] Receipt of twelve pounds money with his charges in full Satisfaction of this Judgem$^t$

### RAWSON agt. BROUGHTON

William Rawson plaint. ag$^t$ John Broughton in an action of the case for not paying the Summe of Eight pound in money due by bill.